499 A.2d 579

**Louis F. GILBERTI, Successor to Highlands and Gilberti, Architects,**

**v.**

**The CITY OF PITTSBURGH, a Municipal Corporation, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 22, 1985.

Petition for Allowance of Appeal GRANTED, No. 91 W.D. Appeal Docket 1985.